Theresa **MELVIN**

v.

Rita **MISEK.**

No. 84-354-M.P.

Supreme Court of Rhode Island.

July 19, 1984.

Gerald C. DeMaria, Providence, for petitioner.

Ernest J. Pratt, Pawtucket, for respondent.

## ORDER

The petition for writ of certiorari and motion for stay are denied.

■

Donna J. **MOODY**

v.

Howard S. **RUBENSTEIN** and Stuart Ross, D.M.D.

No. 84-254-M.P.

Supreme Court of Rhode Island.

July 19, 1984.

Michael T. Wallor, Providence, for petitioner.

Anthony G. Iannuccillo, Providence, for respondents.

## ORDER

The petition for writ of certiorari is denied.

■

RHODE ISLAND LITHOGRAPH CORPORATION

v.

John H. **NORBERG, Tax Administrator.**

No. 84-140-M.P.

Supreme Court of Rhode Island.

July 19, 1984.

Amedeo C. Merolla, Providence, for petitioner.

Perry Shatkin, Raymond G. Clark, Providence, for Tax Division.

## ORDER

The petition for writ of certiorari is granted.